UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUUL LABS INC., | Case No. 20-cv-04617-SI |
| Plaintiff, | |
| v. | **ORDER SUA SPONTE RELATING CASES** |
| GUANGDONG CELLULAR WORKSHOP ELECTRONIC TECHNOLOGY CO., LTD., | |
| Defendant. | |

This order applies to the following cases: *Juul Labs, Inc. v. Shenzhen Yark Technology Co., Ltd.*, 4-20-cv-04620 HSG; *Juul Labs, Inc. v. Evergreen Smokeshop*, 5-20-cv-04624 LHK; *Juul Labs, Inc. v. Shenzhen Ocity Times Technology Co., Ltd.*, 3-20-cv-04625 RS; *Juul Labs, Inc. v. Keep Vapor Electronic Tech. Co., Ltd.*, 3-20-cv-04626 EMC; *Juul Labs, Inc. v. Shenzhen Bauwan Technology Co., Ltd.*, 4-20-cv-04627 YGR; and *Juul Labs, Inc. v. Shenzhen Apoc Technology Co., Ltd.*, 3-20-cv-04628 JD.

The Court has determined that these cases are related because they involve the same patents, and accordingly the Court *sua sponte* relates these actions and directs that they be reassigned to the undersigned judge.

**IT IS SO ORDERED**.

Dated: September 1, 2020

_____
SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California