UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUUL LABS INC., <br><br> Plaintiff, <br><br> v. <br><br> GUANGDONG CELLULAR WORKSHOP ELECTRONIC TECHNOLOGY CO., LTD., <br><br> Defendant. | Case No. 20-cv-04617-SI <br> **AND ALL RELATED CASES** <br><br> **ORDER GRANTING MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RESCHEDULING CONFERENCE TO JANUARY 15, 2021 AT 2:30 PM** <br><br> Re: Dkt. No. 20 |

Plaintiff has requested a continuance of the initial case management conference scheduled in this case and the related cases due to difficulties serving the foreign defendants. The Court GRANTS the request for a continuance and reschedules the initial case management conference to January 15, 2021. Plaintiff shall file a status report with this Court immediately after plaintiff establishes contact with each of the defendants.

**IT IS SO ORDERED**.

Dated: October 5, 2020

_____
SUSAN ILLSTON
United States District Judge